UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

        vs.                                    **NOTICE OF MOTION - ADJOURNMENT**

HEATHER DIERNA,

                                                **6:24-CR-06045-EAW-MWP**

        Defendant.
_____

        **PLEASE TAKE NOTICE**, that the undersigned, John A. LaDuca, Esq., attorney for the Defendant, upon all the papers and proceedings heretofore had herein, hereby moves the Court for an adjournment of Ms. Dierna's next Court date currently scheduled for June 20, 2024.

## AFFIRMATION

        **JOHN A. LADUCA, ESQ.,** an attorney at law, pursuant to 28 U.S.C. §1746(2), declares the following under the penalty of perjury:

1) Myself and Mr. DuBois represent the Defendant in the abovementioned action brought by the United States of America.

2) We have been retained to represent the Defendant, and are still engaged in negotiations and reviewing the voluminous discovery in this matter.

3) Defendant is respectfully requesting a 60 day adjournment of her next Court date currently scheduled for June 20, 2024.

4) The adjournment in this matter would benefit the Defendant by allowing counsel time to review the discovery in this matter, in addition to supplementing, if necessary, prior counsel's recently submitted motions. We are requesting same pursuant to any/all interest of justice exclusions.

WHEREFORE, it is respectfully requested that the Court grant the adjournment of the June 20, 2024 appearance.

DATED:    Buffalo, New York
          June 18, 2024

                                              Respectfully Submitted,

                                              _____
                                              John A. LaDuca, Esq.
                                              Attorney for Defendant Dierna
                                              366 White Spruce Blvd,
                                              Rochester, New York, 14625
                                              jladuca@ddlawpc.esq

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      vs.                                **CERTIFICATE OF SERVICE**

                                             **6:24-CR-06045-EAW-MWP**

HEATHER DIERNA,

                Defendant.
_____

      I hereby certify that on June 18, 2024 filed the forgoing Motion to Adjourn, with the Clerk of the District Court using its CM/ECF system, which would electronically notify the following CM/ECF participants on this case:

1. Honorable Marian W. Payson., United States Magistrate
2. AUSA Richard Resnick

DATED:    Buffalo, New York
                June 18, 2024

                                                      Respectfully Submitted,

                                                      _____
                                                      John A. LaDuca, Esq.
                                                      Attorney for Defendant Dierna
                                                      366 White Spruce Blvd,
                                                      Rochester, New York, 14625
                                                      jladuca@ddlawpc.esq